1014

MARIE E. REID, *Respondent*, v. MOUNTAIN VISTA
NURSING HOME, *Appellant.*

EUGENE C. SPROUT et al., *Respondents*, v. ALTON C. CAMP-
BELL et al., *Appellants.*

CZESLAW WOJCIK et al., *Appellants*, v. JOHN EDWARD
ANDREWS et al., *Respondents.*

THE STATE OF WASHINGTON, *Plaintiff*, v. STEPHEN
WILSON, *Defendant*, ALEX KESSACK, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. RONALD VAN
DUREN, *Appellant.*